# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER FOR TRANSPORT** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 3:13-cr-042 |
| Michael Howard Hunter, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant is on supervised release. He currently resides at the Lake Regional Residential Re-entry Center in Devils Lake, North Dakota. On January 15, 2016, the Pretrial Services Office filed a petition to modify defendant's supervised release conditions. The court subsequently scheduled hearing on the petition for March 16, 2016, at 11:00 a.m. in Grand Forks, North Dakota (via video).

In the interests of justice, the United States Marshals Service is **ORDERED** to transport defendant from the Lake Regional Residential Re-entry Center to the U.S. Courthouse in Grand Forks on March 16, 2016, for the hearing on the petition. At the conclusion of the hearing, it shall return defendant to the Lake Regional Residential Re-entry Center.

Dated this 20th day of January, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court