**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Howard Hunter, | ) | Case No. 3-13-cr-042 |
| | ) | |
| Defendant. | ) | |

Defendant is on supervised released. He currently resides at the Lake Region Residential Reentry Center in Devils Lake, North Dakota. On January 20, 2016, the court issued an order directing the Marshal's Service to transport defendant to the U.S. Courthouse in Grand Forks, North Dakota, on March 16, 2016, for hearing on a petition to modify his supervised release conditions. See Docket No. 257. The court has since been advised that the Pretrial Services Office has made alternative arrangements for defendant's transport. Consequently, the court's order for transport by the Marshal's Service (Docket No. 257) is **VACATED**.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court