# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Howard Hunter, | ) | Case No. 3:13-cr-042 |
| | ) | |
| Defendant. | ) | |

The Pretrial Services Office is authorized to share information in its possession regarding defendant's prescription information and current medical condition with the United States Marshal. The United States Marshal is in turn authorized to forward this information to any facility that will be housing defendant pending final disposition of this matter.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court